DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ELIE RICHARD,**
Appellant,

v.

**BANK OF NEW YORK MELLON,**
Appellee.

No. 4D19-3223

[January 14, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry J. Stone, Senior Judge; L.T. Case No. CACE 17-019464 (11).

Elie Richard, Fort Lauderdale, pro se.

Nancy M. Wallace of Akerman LLP, Tallahassee, and William P. Heller of Akerman LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***